

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 10, 2022

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:   *Melody Business Finance, LLC v. Falcone, et al.,* No. 22-CV-1698 (KPF)

Dear Judge Failla:

    This Office represents the United States of America (the "Government") in the above-captioned action that was removed to federal court on March 1, 2022. Plaintiff, Melody Business Finance, LLC, initiated this action by filing a complaint in the Supreme Court of New York, New York County, on February 1, 2022. Plaintiff seeks to quiet title to real property located at 22 East 67th Street, New York, New York ("the Property"), for which the title owner is defendant Three-Hundredth Street, LLC, to allow the sale of the Property free and clear of federal tax liens filed regarding defendants, Lisa M. Falcone and Philip Falcone.

    I write respectfully to request a 30-day extension of time, *nunc pro tunc*, from today until April 10, 2022, to answer or otherwise respond to the complaint. Pursuant to Federal Rule of Civil Procedure 81(c)(2), the removing party's time to respond to the complaint is the longer of 21 days after being served with summons or receiving the initial pleading or 7 days after the notice of removal is filed. I have yet to confirm whether or when this Office may have been formally and properly served pursuant to Fed. R. Civ. P. 4(i)(1)(A) and 28 U.S.C. § 2410(b). However, on February 22, 2022, the Internal Revenue Service ("IRS") made this Office aware of the action. I have spoken with counsel for Plaintiff and agreed to waive service on this Office with the understanding that the Government be allowed 30 days from today to file a response to the complaint. To prepare a response, I need to obtain information from the IRS regarding the relationship between the parties and the Property.

    This is the Government's first request for an extension. Plaintiff's counsel consents to this request. Accordingly, I respectfully request an extension, until April 10, 2022, to file the Government's response to the complaint. Thank you for your consideration of this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: */s/ Melissa A. Childs*
    MELISSA A. CHILDS
    Assistant United States Attorney

86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2711

*Cc:*

Scott M. Danner, Esq.
Holwell, Shuster & Goldberg, LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
*Attorneys for Plaintiff*

Three-Hundredth Street LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
*Defendant*

Philip Falcone and Lisa M. Falcone
22 East 67th Street
New York, NY 10065
*Defendants*

```
Application GRANTED.  The Government's deadline to respond to
the complaint is hereby extended to April 10, 2022.  The Clerk
of Court is directed to terminate the pending motion at docket
number 7.

Dated:     March 11, 2022            SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE