AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Melody Business Finance LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22 Civ. 1698 (KPF) |
| Lisa M. Falcone, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/11/2022

/s/ Jennifer Jude
*Attorney's signature*

Jennifer Jude
*Printed name and bar number*

United States Attorney's Office
86 Chambers Street, 3rd floor
New York, NY 10007
*Address*

jennifer.jude@usdoj.gov
*E-mail address*

(212) 637-2663
*Telephone number*

(212) 637-2686
*FAX number*