U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 11, 2022

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:   *Melody Business Finance, LLC v. Falcone, et al.,* No. 22-CV-1698 (KPF)

Dear Judge Failla:

    This Office represents the United States of America (the "Government") in the above-captioned action.  We write respectfully to request a four-day extension from today, until July 15, 2022, for the parties to submit their proposed discovery protocols.

    Paragraph 7 of the Civil Case Management Plan and Scheduling Order (Dkt. 20), requires the parties to file any agreements concerning discovery by today.  Because this case involves taxpayer information, in addition to an electronically stored information protocol, the parties need to consider a proposed protective order to the Court before finalizing and filing our discovery agreements.

    This is the Government's first request for an extension of this deadline.  Plaintiff consents to this request.  As stated during the initial pretrial conference held telephonically on June 9, 2022, the remaining Defendants (Philip A. Falcone, Lisa M. Falcone, and Three-Hundredth Street, LLC) do not intend to actively participate in discovery, but have agreed to abide by all orders of the Court regarding discovery.

    Thank you for your consideration of this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: */s/ Melissa A. Childs*
    MELISSA A. CHILDS
    JENNIFER JUDE
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    New York, NY 10007
    Telephone: (212) 637-2711/2663

Application GRANTED.

Dated:     July 12, 2022				SO ORDERED.
           New York, New York

						HON. KATHERINE POLK FAILLA
						UNITED STATES DISTRICT JUDGE