

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 15, 2022

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:     *Melody Business Finance, LLC v. Falcone, et al.,* No. 22-CV-1698 (KPF)

Dear Judge Failla:

This Office represents the United States of America (the "Government") in the above-referenced action. We write respectfully to request an extension of the deadline for the parties to submit a proposed protective order (and any other discovery agreements) to the Court.

Per its Order dated July 12, 2022, the Court granted an extension of deadline from the date specified in the Civil Case Management Plan and Scheduling Order, Dkt. 20, to today. Dkt. 23. While the parties have made progress discussing potential discovery orders since then, we need additional time to continue those discussions. As such, the Government respectfully requests an additional extension of this deadline from today to August 1, 2022. Plaintiff consents to this request. As stated during the initial pretrial conference held on June 9, 2022, the remaining defendants do not intend to actively participate in discovery, but have agreed to abide by all orders of the Court regarding discovery.

We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Melissa A. Childs*
MELISSA A. CHILDS
JENNIFER JUDE
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2711/2663

cc: all counsel of record (by ECF)

Application GRANTED.  The Clerk of Court is directed to terminate
the pending motion at docket number 25. SO ORDERED.

Dated:      July 18, 2022
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE